```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 07911
    JEFFERY BARNEY
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-6032


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 05/01/2007 and was not confirmed.

     The case was dismissed without confirmation 07/09/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID            PAID
------------------------------------------------------------------------------
WELLS FARGO BANK MINNESO  CURRENT MORTG         .00           .00             .00
WELLS FARGO BANK MINNESO  MORTGAGE ARRE    10000.00           .00             .00
CITY OF CHICAGO WATER DE  SECURED           1000.00           .00             .00
COOK COUNTY COLLECTOR     NOTICE ONLY      NOT FILED          .00             .00
HOUSEHOLD FINANCE CORP    CURRENT MORTG         .00           .00             .00
HOUSEHOLD FINANCE CORP    MORTGAGE ARRE     1500.00           .00             .00
LITTON LOAN SERVICING     CURRENT MORTG         .00           .00             .00
LITTON LOAN SERVICING     MORTGAGE ARRE    12500.00           .00             .00
MATRIX FINANCIAL SERVICE  CURRENT MORTG         .00           .00             .00
MATRIX FINANCIAL SERVICE  MORTGAGE ARRE     9000.00           .00             .00
INTERNAL REVENUE SERVICE  NOTICE ONLY      NOT FILED          .00             .00
ADT SECURITY SYSTEMS      UNSECURED        NOT FILED          .00             .00
ALLSTATE                  NOTICE ONLY      NOT FILED          .00             .00
TRI CAP INVESTMENT PARTN  UNSECURED          607.03           .00             .00
ECAST SETTLEMENT CORP     UNSECURED         6575.42           .00             .00
ECAST SETTLEMENT CORP     UNSECURED         2961.12           .00             .00
BANK ONE                  UNSECURED         5440.43           .00             .00
BANK ONE                  UNSECURED        NOT FILED          .00             .00
ROUNDUP FUNDING LLC       UNSECURED         2058.40           .00             .00
BEST BUY                  UNSECURED        NOT FILED          .00             .00
CAPITAL ONE               UNSECURED        NOT FILED          .00             .00
ECAST SETTLEMENT CORP     UNSECURED         2632.60           .00             .00
ECAST SETTLEMENT CORP     UNSECURED        19555.24           .00             .00
ECAST SETTLEMENT CORP     UNSECURED         2556.69           .00             .00
ECAST SETTLEMENT CORP     UNSECURED        10705.79           .00             .00
CHICAGO SUN TIMES         UNSECURED        NOT FILED          .00             .00
AT & T WIRELESS           UNSECURED        NOT FILED          .00             .00
TRI CAP INVESTMENT PARTN  UNSECURED          262.34           .00             .00
CITY OF CHICAGO WATER DE  UNSECURED        NOT FILED          .00             .00
CITY OF CHICAGO           UNSECURED        NOT FILED          .00             .00
CITY OF CHICAGO WATER DE  UNSECURED        NOT FILED          .00             .00
COMMONWEALTH EDISON       UNSECURED         1219.58           .00             .00
ECAST SETTLEMENT CORP     UNSECURED        13726.85           .00             .00
FIRST NATIONAL BANK OF M  UNSECURED          896.04           .00             .00
HARRIS BANK CARD SERV     UNSECURED        NOT FILED          .00             .00

                     PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 07911 JEFFERY BARNEY
```

```
HFC                         UNSECURED      NOT FILED            .00             .00
ECAST SETTLEMENT CORP       UNSECURED         221.87            .00             .00
PEOPLES GAS LIGHT & COKE    UNSECURED        1559.87            .00             .00
AT & T BANKRUPCTY           UNSECURED      NOT FILED            .00             .00
TRI CAP INVESTMENT PARTN    UNSECURED        1833.48            .00             .00
TRI CAP INVESTMENT PARTN    UNSECURED         204.10            .00             .00
HOUSEHOLD BANK              UNSECURED         351.58            .00             .00
US BANK                     UNSECURED      NOT FILED            .00             .00
US BANK                     UNSECURED      NOT FILED            .00             .00
WELLS FARGO BANK NA         UNSECURED         473.92            .00             .00
DRIVE FINANCIAL SERVICES    SECURED NOT I       .00             .00             .00
INTERNAL REVENUE SERVICE    SECURED NOT I       .00             .00             .00
INTERNAL REVENUE SERVICE    PRIORITY            .00             .00             .00
INTERNAL REVENUE SERVICE    UNSECURED       16279.29            .00             .00
DOVENMUEHLE MORTGAGE        NOTICE ONLY    NOT FILED            .00             .00
COOK COUNTY TREASURER       SECURED NOT I     553.62            .00             .00
ROUNDUP FUNDING LLC         UNSECURED        2766.15            .00             .00
PHILIP A IGOE               DEBTOR ATTY         .00                             .00
TOM VAUGHN                  TRUSTEE                                             .00
DEBTOR REFUND               REFUND                                         1,750.00
```

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE               1,750.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                1,750.00
                      ---------------       ---------------
TOTALS                1,750.00               1,750.00

     Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                              /s/ Tom Vaughn
     Dated: 10/18/07          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE

                         PAGE   2
          CASE NO. 07 B 07911 JEFFERY BARNEY